**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 316 MAL 2016
                                          :
            Respondent            :
                                            :   Petition for Allowance of Appeal from
                                            :   the Order of the Superior Court
           v.                             :
                                            :
                                          :
THOMAS HOLLIDAY,                   :
                                          :
            Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.